**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JEFFREY H. NICKOLI-FRINK,<br><br>Plaintiff,<br>v.<br><br>FAIRBANKS DAILY NEWS MINER,<br><br>Defendant. | Case No. 4:25-cv-00063-SLG-KFR |

**ORDER OF DISMISSAL**

On December 23, 2025, self-represented litigant Jeffrey H. Nickoli-Frink (Plaintiff) filed this case.[1] This case was referred to the Honorable Magistrate Judge Kyle F. Reardon for findings and recommendations.[2] On June 9, 2026, Judge Reardon issued his Report and Recommendation (R&R), in which he recommended (1) that this case be dismissed without leave to file an amended complaint in federal court but that any state law claims be dismissed without prejudice to refiling those claims in a new case in state court, (2) that all pending motions be denied as moot, and (3) that the Clerk of Court be directed to issue a final judgment and close this case.[3] No objections to the R&R were filed.[4]

---

[1] Docket 1.

[2] Docket 12. *See* Local Magistrate Rule 5(7).

[3] Docket 5.

[4] Local Magistrate Rule 6(a). *See also* Docket 15 at 3–4.

This case is now before the Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[5] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[6] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."[7]

The Court has reviewed the R&R and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED:

1. The Report and Recommendation at **Docket 5 is ADOPTED in its entirety.**

2. Plaintiff's Complaint at **Docket 1 is DISMISSED.**

3. Plaintiff's federal claims are **DISMISSED** with prejudice.

4. Plaintiff's state law claims are **DISMISSED** without prejudice to refiling those claims in a new case in state court.

5. All pending motions are **DENIED as moot**.

---

[5] 28 U.S.C. § 636(b)(1).

[6] *Id.*

[7] *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

6. The Clerk shall issue a final judgment and close this case.

DATED this 25 day of August, 2026, at Anchorage, Alaska.

<u>*/s/ Sharon L. Gleason*</u>
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE